

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-24-00516-CV & 04-24-00521-CV

**B&T DEPENDABLE SERVICES, LLC** and Bernell Gardener,
Appellants

v.

Edward **SANTOS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18528[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's July 17, 2024 "First Amended Order Denying Defendants' First Amended Second Plea to the Jurisdiction" and the trial court's July 25, 2024 "First Amended Order Denying Defendants' First Amended Renewed Traditional and No-Evidence Motion for Summary Judgment" are AFFIRMED. Costs of the appeal are taxed against the appellants.

SIGNED August 13, 2025.

_____
Lori I. Valenzuela, Justice

---

[1] The Honorable Antonia Arteaga signed the plea to the jurisdiction at issue in this appeal. The Honorable Norma Gonzales signed the motion for summary judgment at issue in this appeal.